In the Matter of CHARLES T. BAKER, as Oneida County Commissioner of Jurors.— Order entered for destruction of records.   (Order entered Jan. 27, 1969.)

MILTON H. FRIEDMAN, Esq. of Buffalo, N. Y. appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Eighth Judicial District.